## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**MOHAMAD RIDA-AHMAD HASSOUN, et al.,**

   **CIVIL ACTION NO: 22-11377**

  **Plaintiff,**

   **HON. DENISE PAGE HOOD**

**v.**

**CITY OF GROSSE POINTE FARMS, et al.,**

  **Defendant.**

_____/

## <u>SCHEDULING ORDER</u>

  This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**<u>Initial Disclosures</u>** must be exchanged by:  <u>September 30, 2022</u>

**<u>Amendments to Pleadings or Joinder of Parties</u>**
  must be filed by:   <u>October 28, 2022</u>

**<u>Initial Witness List</u>** must be exchanged by:  <u>December 9, 2022</u>

**<u>Discovery</u>** must be completed by:  <u>May 24, 2023</u>

**<u>Alternative Dispute Resolution</u>** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures.  The Scheduling Order continues to govern the case during the ADR process.  See Local Rule 16.3(g).

**<u>Referrals to the Magistrate Judge:</u>**_____

**<u>Motions</u>** (except trial motions <u>in limine</u>) must be filed by:  <u>June 26, 2023</u>
  Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**

    1)    A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by: <u> September 11, 2023 </u>

    2)    The **final pretrial conference** is set for: <u>September 18, 2023 @ 2:30 pm </u>

    3)    Your client(s) or representative with full settlement authority **<u>must</u>** be present at the above conference.

**<u>Trial</u>** (Jury <u> X </u> or Bench <u>   </u>) is set for: <u> October 17, 2023, 9:00 am </u>
No. of Days: <u> 3 - 5  </u>

    1)    The parties must exchange exhibits listed in the JFPTO prior to trial.  Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
    2)    The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**<u>Other Requirements</u>:**
    1)    The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
    2)    Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
    3)    A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion.  Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

**<u>Additional Matters:</u>** <u> </u>

<u>s/Denise Page Hood </u>
Denise Page Hood
United States District Court

Dated: October 11, 2022