UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MOHAMAD RIDA-AHMAD HASSOUN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GROSSE POINTE FARMS, *et al.*,<br><br>Defendants. | Case No. 22-cv-11377<br>Honorable Denise Page Hood<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER FOR UPDATE ON STATUS OF DEFENDANTS' MOTION TO STRIKE (ECF NO. 20)

Defendants move to strike or to compel discovery. ECF No. 20. They argue that plaintiffs have failed to produce the expert report of their psychiatry expert, Gerald Sheiner, M.D., and have failed to complete forms authorizing the release of medical records from Matrix Psychological Counseling and Water Works Physical Therapy. *Id.*, PageID.148, 150. Plaintiffs responded on December 11, 2023, that they anticipate "Defendants having necessary authorizations, records, and reports" before the motion is heard. ECF No. 21, PageID.317.

The parties must file memoranda, not to exceed two pages, stating whether: (1) plaintiffs have produced Sheiner's expert report or the medical authorizations for Matrix or Water Works, and (2) if so, whether the production resolves the motion. Those memoranda must be filed by January 12, 2024.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: January 4, 2024

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 4, 2024.

                                            s/Marlena Williams
                                            MARLENA WILLIAMS
                                            Case Manager