UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mohamad Rida–Ahmad
Hassoun, et al.,

                              Plaintiff(s),

v.                                          Case No. 2:22–cv–11377–DPH–EAS
                                            Hon. Denise Page Hood
City of Grosse Pointe Farms, et
al.,

                              Defendant(s),
_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 642.  The following motion(s) are scheduled for hearing:

                  Motion for Order to Show Cause – #27

   • MOTION HEARING:  February 23, 2024 at 11:00 AM

   **ADDITIONAL INFORMATION:**    Defendants to file proof of service of the motion and notice of the hearing on Dr. Wooten and Matrix Psychological Counseling by February 5, 2024


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Marlena Williams_____
                                 Case Manager


Dated:   January 30, 2024